FILED
CLERK, U.S. DISTRICT COURT

AUG 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

12-mj-1998

| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| Eduardo Andrada | ) |
| Defendant. | ) |

ORDER OF DETENTION AFTER
HEARING (Fed.R.Crim.P. 32.1(a)(6)
Allegations of Violations of Probation
Supervised Release)
Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ( ) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A.  ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

*he can remain remain drug free*

(B)  ( )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

IT IS ORDERED that defendant be detained.

DATED: _____

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2